MCGREGOR W. SCOTT
United States Attorney
JILL M. THOMAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00226 MCE |
|---|---|
| Plaintiff, | **ORDER - REQUEST FOR RECONSIDERATION BY THE DISTRICT COURT OF MAGISTRATE JUDGE'S MINUTE ORDER PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 5(F)** |
| v. | |
| LAMONTE ESHAWN PERCOATS, | |
| Defendant. | [E.D. Local Rule 303(c)] |

**Order**

The Government's Motion for Reconsideration (ECF No. 11) is GRANTED. The Court hereby vacates the Magistrate Judge's Minute Order, dated January 12, 2021, (Docket No. 5) and replaces it with a new order that tracks the language and evident purpose of Rule 5(f), as stated below, by simply confirming that the government is required to comply with *Brady*. The case law under *Brady* is well established and federal prosecutors are keenly aware of the government's *Brady* obligations.

///

///

///

///

///

ORDER

1

Pursuant to Rule 5(f), the court confirms the prosecutor's duty to disclose material evidence that is favorable to the defendant as required by *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. If the court finds that the government has failed to comply with this obligation, the court may, as appropriate, order the production of such information, grant a continuance, impose evidentiary and other appropriate sanctions, order a new trial, or dismiss charges.

IT IS SO ORDERED.

Dated: February 1, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE