HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
LAMONTE ESHAWN PERCOATS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00226-MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| LAMONTE ESHAWN PERCOATS, | Date: February 4, 2021 |
| Defendants. | Time: 10:00 a.m. |
| | Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Jill Thomas, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for LAMONTE ESHAWN PERCOATS, that the status conference scheduled for February 4, 2021, at 10:00 a.m., be vacated and the matter continued to February 11, 2021, at 10:00 a.m.

The reason for the continuance is that defense needs time to review the physical evidence in the case, set for viewing on February 3, 2021 only one day prior to the currently set status conference. Moreover, the defense has recently received over 200 bates numbered discovery items, which includes hours of video/audio time. The defense needs additional time to prepare by carefully reviewing these items and discussing them with the client. Due to the COVID-19 pandemic the Federal Defenders Office has been limiting in person investigations and client visits in order to practice safe social distancing guidelines.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be from the date the parties stipulated through and including February 11, 2021; pursuant to 18 U.S.C. §3161 (h)(1)(D)[pretrial motions], (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: February 2, 2021

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for LAMONTE ESHAWN PERCOATS

DATED: February 2, 2021

MCGREGOR W. SCOTT
United States Attorney

*/s/ Jill M. Thomas*
JILL M. THOMAS
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

It is further ordered the February 4, 2021 status conference shall be continued until February 11, 2021, at 10:00 a.m.

IT IS SO ORDERED.

Dated: February 8, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE