1 | HEATHER E. WILLIAMS, #122664
Federal Defender
2 | DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, CA 95814
4 | Telephone: (916) 498-5700

5 | Attorney for Defendant
LAMONTE ESHAWN PERCOATS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:20-cr-00226-MCE |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING |
| v. | ) ) | |
| LAMONTE ESHAWN PERCOATS, | ) ) | Date: February 11, 2021 |
| Defendants. | ) ) | Time: 10:00 a.m. Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Jill M. Thomas, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for LAMONTE ESHAWN PERCOATS, that the status conference scheduled for February 11, 2021, at 10:00 a.m., be vacated and a change of plea hearing be set for March 25, 2021, at 10:00 a.m.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be from the date the parties stipulated through and including March 25, 2021; pursuant to 18 U.S.C. §3161 (h)(1)(D)[pretrial motions], (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

////

Stipulation and Order -1-

| | |
|---|---|
| 1 | DATED: February 10, 2021 |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for LAMONTE ESHAWN PERCOATS

DATED: February 10, 2021    MCGREGOR W. SCOTT
United States Attorney

*/s/ Jill M. Thomas*
JILL M. THOMAS
Assistant United States Attorney
Attorney for Plaintiff

Stipulation and Order      -2-

**O R D E R**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

It is further ordered the February 11, 2021 status conference shall be vacated and a change of plea hearing shall be set for March 25, 2021, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  February 11, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE