HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
LAMONTE ESHAWN PERCOATS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LAMONTE ESHAWN PERCOATS, <br><br> Defendants. | Case No. 2:20-cr-00226-MCE <br><br> STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING <br><br> Date: March 25, 2021 <br> Time: 10:00 a.m. <br> Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Jill M. Thomas, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for LAMONTE ESHAWN PERCOATS, that the status conference scheduled for March 25, 2021, at 10:00 a.m., be vacated and a change of plea hearing be set for April 15, 2021, at 10:00 a.m.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be from the date the parties stipulated through and including April 15, 2021; pursuant to 18 U.S.C. §3161 (h)(1)(D)[pretrial motions], (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

////

Stipulation and Order -1-

| | |
|---|---|
| DATED: March 23, 2021 | Respectfully submitted,<br><br>HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Douglas J. Beevers*<br>DOUGLAS J. BEEVERS<br>Assistant Federal Defender<br>Attorney for LAMONTE ESHAWN PERCOATS |
| DATED: March 23, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>*/s/ Jill M. Thomas*<br>JILL M. THOMAS<br>Assistant United States Attorney<br>Attorney for Plaintiff |

Stipulation and Order                        -2-

**O R D E R**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

It is further ordered the March 25, 2021 status conference shall be vacated and a change of plea hearing shall be set for April 15, 2021, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  March 25, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE