HEATHER E. WILLIAMS, SBN 122664
Federal Defender
DOUGLAS BEEVERS, SBN 288639
Assistant Federal Defenders
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700; F: (916) 498-5710

Attorneys for Defendant
LAMONTE ESHAWN PERCOATS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00226-MCE |
| Plaintiff, | **WAIVER OF PERSONAL APPEARANCE AND REQUEST TO APPEAR VIA VIDEO-TELECONFERENCE** |
| vs. | |
| LAMONTE ESHAWN PERCOATS, | Date: May 20, 2021
Time: 10:00 A.M.
Judge: Hon. Morrison C. England, Jr. |
| Defendant. | |

On March 30, 2020, Chief United States Judge Mueller issued General Order 614, "Coronavirus Public Emergency Authorizing Video-teleconferencing and Telephone Conferencing for Criminal Proceedings under Section 15002 of the Coronavirus Aid, Relief and Economic Security (CARES) Act," which authorizes the use of videoconferencing – or telephone phone conferencing if videoconference is not reasonably available – in various criminal proceedings.

Mr. Percoats, having been advised of his right to appear in person for his status conference, as well as of the ability to waive his personal appearance and appear via video-teleconference, has elected waived his right to personally appear at his May 20, 2021 status conference, and instead requests to appear via video-teleconference. If video-teleconference becomes unavailable, he consents to appear via teleconference.

Mr. Percoats further agrees that the status conference in this matter – which is requested

for the purpose of discussing trial dates – cannot be further delayed without serious harm to the interests of justice, within the meaning of General Order 614.

Finally, Mr. Percoats consents to counsel signing this waiver on his behalf, pursuant to General Order 616. He stipulates that i) obtaining his wet signature is both impractical and imprudent, given the pandemic; ii) he has had an opportunity to consult with counsel regarding this matter; and iii) after said consultation, he consents to his counsel signing this order electronically on his behalf.

Respectfully submitted,

Date: May 19, 2021  /s/ LAMONTE ESHAWN PERCOATS
LAMONTE ESHAWN PERCOATS
DEFENDANT

HEATHER E. WILLIAMS
Federal Defender

Date: May 19, 2021  /s/ Douglas Beevers
DOUGLAS BEEVERS
Assistant Federal Defender
Attorneys for Defendant
LAMONTE ESHAWN PERCOATS

Date: May 19, 2021  PHILIP A. TALBERT
Acting United States Attorney

/s/ Jill Thomas
JILL THOMAS
Assistant United States Attorney

**O R D E R**

The Court, having received and considered the defendant's waiver of personal appearance, and good cause appearing therefrom, hereby orders that the defendant's electronic signature is accepted pursuant to General Order 616. Furthermore, his request to appear via video-teleconference (or telephone, if video-teleconference services become unavailable) for the May 20, 2021 status conference is GRANTED.

IT IS SO ORDERED.

Dated: May 25, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE